FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2018
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIH MOBILE, LTD., a Cayman Islands limited share company, FIH (Hong Kong) Ltd., a Hong Kong limited share company, and Evenwell Digitech Inc., a Taiwan limited share company,<br><br>Plaintiffs,<br><br>v.<br><br>I.AM.PLUS, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 2:17-cv-08567-SVW (SSx)<br><br>**JUDGMENT** |

JUDGMENT

Plaintiffs FIH Mobile, Ltd., FIH (Hong Kong) Ltd., and Evenwell Digitech Inc. ("Plaintiffs") and Defendant i.am.plus, LLC entered into a Stipulation for Entry of Judgment ("Stipulation"). After consideration of the Stipulation, including the declaration attached to it, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs and that Plaintiffs shall recover from Defendant the principal sum of ($2,200,000.00, less any payments received), plus interest at the legal rate from (date of default), late fees, plus costs and reasonable attorneys' fees in the sum of $_____.

Date: 7/17/18

The Honorable Stephen V. Wilson
United States District Court Judge